# Third District Court of Appeal

## State of Florida

Opinion filed March 17, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1141
Lower Tribunal No. 20-2549
_____

**Bobby Nelson and Caleb Nelson,**
Appellants,

vs.

**Casa Buenavista, LLC,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Bobby Nelson and Caleb Nelson, in proper persons.

The Griffith Law Firm, P.A., and Derek R. Griffith, for appellee.

Before LOGUE, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.